**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**WORLD GOLD TRUST SERVICES, LLC,**

                    **Plaintiff,**              **20-cv-4667 (JGK)**

       - against -                <u>ORDER</u>

**GOLDCOIN DEVELOPERS GROUP LP ET AL.,**

                   **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

    On October 26, 2020, the Clerk of the Court issued a Certificate of Default as to the defendants, GoldCoin Developers Group, LP and Gregory W. Matthews. By Order issued on February 8, 2021, the Court ordered the defendant to show cause by February 19, 2021, why an order for an entry of default judgment should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure. The plaintiff served the defendant with the Order and filed proof of service on February 9, 2021. Because the defendant has failed to respond by the due date, the plaintiff is entitled to a default judgment as to defendants GoldCoin Developers Group, LP and Gregory W. Matthews. The case is referred to the Magistrate Judge for an inquest with respect to the nature of the judgment to be entered.

    Furthermore, the plaintiffs have shown that they are entitled to a preliminary injunction pending the final judgment

in this case due to the likelihood of success on the merits and irreparable injury that would occur without an injunction. Accordingly, the defendants are enjoyed from selling or otherwise transferring the domain names gldcoin.com, gldtalk.com, and gldtalk.org (the "GLD Domain Names") to any third party until a final judgment has been entered in this action.

The plaintiff is entitled to discovery with respect to the current status and history of the GLD Domain Names.

The Clerk is directed to close docket no. 40.

**SO ORDERED.**

**Dated:**   **New York, New York**
        **February 19, 2021**        /s/ John G. Koeltl
                                 ─────────────────────────
                                 **John G. Koeltl**
                                 **United States District Judge**