```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

WORLD GOLD TRUST SERVICES, LLC,
                  Plaintiff,        20-cv-4667 (JGK)

      - against -             ORDER

GOLDCOIN DEVEOPERS GROUP LP AND
GREGORY MATTHEWS,
                  Defendants.

---

JOHN G. KOELTL, District Judge:

    The February 19, 2021, order referring the case to the Magistrate Judge, ECF No. 42, is revoked.

SO ORDERED.

Dated:    New York, New York
          September 10, 2021

                                      _____
                                      John G. Koeltl
                               United States District Judge