# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD GOLD TRUST SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOLDCOIN DEVELOPERS GROUP LP, a South Carolina limited partnership; and GREGORY W. MATTHEWS, a resident of South Carolina,<br><br>Defendants. | Civil Action No. 1:20-CV-04667-JGK-BCM |

## FINAL JUDGMENT AS TO DEFENDANTS GOLDCOIN DEVELOPERS GROUP LP AND GREGORY W. MATTHEWS

Plaintiff World Gold Trust Services, LLC ("Plaintiff") filed a Complaint against Defendants GoldCoin Developers Group LP and Gregory W. Matthews (collectively, "Defendants"). (ECF No. 11.) Defendants, having been properly served, failed to appear in this action, and the Clerk of Court entered a default against them. (ECF No. 22.) Plaintiff thereafter moved by order to show cause for a default judgment against Defendants. (ECF No. 38.) Defendants failed to respond. The Court thereafter granted Plaintiff's request for a default judgment. (ECF No. 48.) For the reasons set forth in the Court's Order:

### I.

**IT IS HEREBY ORDERED** that Defendants are liable for liquidated damages in the amount of $50,000. Defendants shall satisfy this obligation by paying $50,000 to Plaintiff World Gold Trust Services, LLC within 30 days after entry of this Final Judgment. By making this

Case 1:20-cv-04467-JGK Document 89-1 Filed 09/15/21 Page 2 of 3

payment, Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants.

Plaintiff may enforce the Court's judgment for liquidated damages, if unpaid, by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Final Judgment. Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

*SGIC*

## II.

**IT IS HEREBY FURTHER ORDERED** that immediately upon receipt of this Order, Defendants GoldCoin Developers Group LP and Gregory W. Matthews shall take down the websites goldcoin.org and goldcoinweb.com until all uses of the letter string GLD are removed from those websites (except those uses of "GLD" that refer to Plaintiff or its products). Access to these websites shall not be restored until all uses of the letter string GLD have been removed. No later than seven days after receipt of this Order, Defendants shall remove all instances of the letter string GLD from their other websites and any affiliate or third-party website (to the extent Defendants have direct or indirect control over such use), including by deleting or editing all posts from the GoldCoin Twitter account (@goldcoin), Defendant Matthews's Twitter account (@realmicroguy), and Defendant Matthews's bitcointalk.org account (MicroGuy) that include the letter string GLD.

## III.

**IT IS HEREBY FURTHER ORDERED** that, upon access to the websites goldcoin.org and goldcoinweb.com being restored, Defendants GoldCoin Developers Group LP and Gregory W. Matthews shall place a banner on the home page of each of these websites with the text: "GoldCoin is traded under the ticker symbol GLC. GLD® is a registered trademark of World

2

Gold Trust Services, LLC. GoldCoin is not associated in any way with World Gold Trust Services, LLC." The text and location of the banner may be changed only with the agreement of Plaintiff. The banner shall remain on the home page of the websites goldcoin.org and goldcoinweb.com for a period of one year after access to that website is restored and the banner is placed on the home page of that website.

## IV.

**IT IS HEREBY FURTHER ORDERED** that the following domain names be transferred to Plaintiff: gldcoin.com and gldtalk.org.

## V.

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: 9/23/21

_____
UNITED STATES DISTRICT JUDGE

3